# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN D. JOHNSON,** ) | |
| ) | |
| ) | |
| **Plaintiff(s),** ) | |
| vs ) | **NO. 04-819-JPG** |
| ) | |
| **T.J. COLLINS and MORTEY HUBERT,** ) | |
| ) | |
| **Defendant(s).** ) | |

## JUDGMENT

**Decision by the Court.** This matter having come before the Court, and the Court having dismissed the complaint,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Kevin D. Johnson's claims in this case against T.J. Collins are **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Kevin D. Johnson's claims in this case against Mortey Hubert are **DISMISSED with prejudice**.

**DATE: December 29, 2005**

**NORBERT G. JAWORSKI, CLERK**

**s/ Judith Prock**
**Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
          **J. Phil Gilbert**
          **U.S. District Judge**